[No. 71959-9-I.   Division One.   September 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JAY SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-01393-5, Charles R. Snyder, J., entered May 8, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Trickey, JJ.

[No. 72024-4-I.   Division One.   September 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA JESSIE HIMMELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00713-9, David A. Kurtz, J., entered June 6, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Trickey, JJ.

[No. 72113-5-I.   Division One.   September 28, 2015.]

TRIANGLE PROPERTY DEVELOPMENT, LLC, *Respondent*, v. BYRON L. BARTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-14687-6, Nancy Bradburn-Johnson, J. Pro Tem., entered June 11, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Lau, JJ.

[No. 72149-6-I.   Division One.   September 28, 2015.]

STERLING SAVINGS BANK, *Appellant*, v. STANLEY XU ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-25872-6, Barbara Linde, J., entered June 6, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach and Trickey, JJ.